SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile:  (408) 535-5081

Attorneys for Federal Defendants
Vic Borba, and Carolyn Goodwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK, | ) |
| Plaintiff, | ) Case No. C07 06232 HRL |
| v. | ) **NOTICE OF REMOVAL** |
| VIC BORBA, AND CAROLYN GOODWIN, | ) |
| Defendants. | ) |

TO:   Clerk, Superior Court of California
      County of Santa Clara
      191 N. 1st Street
      San Jose, California 95113

      Michael Cook
      California State Prison
      P.O. Box 290066
      Represa, California 95676

PLEASE TAKE NOTICE that on this day Case No. 107CV098475 pending in the Santa Clara County Superior Court is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 2679(d)(2) on behalf of federal defendants Vic Borba, and Carolyn Goodwin. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

NOTICE OF REMOVAL
Cook v. Borba, and Goodwin                         1

1. On November 8, 2007, plaintiff Michael Cook filed a suit for damages in the Santa Clara County Superior Court against Vic Borba, and Carolyn Goodwin, employees with the Social Security Administration in San Jose, California. Plaintiff seeks $4,300.00 for breach of contract, and for the return of personal property.

2. Copies of the summons and complaint are attached as Exhibits A pursuant to 28 U.S.C. § 1446(a). This document constitutes the only process, pleading, or order which have been received. No trial has been set for this action.

3. This action must be removed to this Court for the reason that at all times relevant to the complaint, federal defendants Vic Borba, and Carolyn Goodwin were acting within the scope of their employment with the Social Security Administration within the meaning of 28 U.S.C. § 2679(d)(2). This court has original jurisdiction over plaintiff's claim against federal defendants Vic Borba, and Carolyn Goodwin.

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. The United States Attorney is delegated under 28 C.F.R. § 15.3 to make the certification provided for in 28 U.S.C. § 2679(d)(2). The Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in her by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Vic Borba, and Carolyn Goodwin were acting within the course and scope of their employment. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted for federal defendants Vic Borba, and Carolyn Goodwin, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

//
//
//
//

NOTICE OF REMOVAL
Cook v. Borba, and Goodwin                 2

6. A copy of this Notice is being filed with the Clerk of the Santa Clara County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED: December 10, 2007     By: /s/ James A. Schart
JAMES A. SCHARF
Assistant United States Attorney

NOTICE OF REMOVAL
Cook v. Borba, and Goodwin                3

DEC-04-2007  12:49                                                                                          P.02/17

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: Vic Berba, Carolyn Goodwin
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF: Michael Cook
(LO ESTÁ DEMANDANDO EL DEMANDANTE):



FOR COURT USE ONLY
FILED
NOV -8  07
KIRI TORRE, CEO
SUPERIOR COURT OF CA.
CO. OF SANTA CLARA
BY _____ DEPUTY
J. Zenzen

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | | |
|---|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es): | Superior Court<br>Civil Division<br>191 N. First St<br>San Jose, CA 95113 | 107CV098475 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Michael Cook
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es): CSP Sacramento P.O. Box 290066, Represa CA 95671

DATE: NOV 0 7 2007        Kiri Torre        Clerk, by _____ J. Zenzen , Deputy
(Fecha)                                      (Secretario)                           (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):
   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [x] by personal delivery on (date): 11-27-08

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT A

DEC-04-2007 12:49 P.03/17

1  Your Name: Michael Cook
2  Your Address: CSP Sacramento
3  P.O Box 290066 represa CA 956[...]
4  Your Phone Number: N/A
5  Self-Represented: YES

(ENDORSED)

2007 NOV -6 AM 11:55

KIRI TORRE CEO
SUPERIOR COURT
SANTA CLARA CO.
BY J. Zenzen DEPUTY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
CIVIL DIVISION

Michael Cook
Dee Boots

Plaintiff, Michael Cook

And

Defendant
Vic Borba; Carolyn Goodwin.

Case No.: **107CV098475**

PLEADING TITLE: Breach of Contract / Motion for Summary of Judgement

Judge: _____

Amount desired $4,300,000

Pleading Title: Breach of Contract / Motion for Summary of Judgement   Page 1 of 4

DEC-04-2007 12:49                                                                 P.04/17

Case Name: Breach of Contract    Case #: _____

Plaintiff Michael Cook brings this action against Vic Borba, and Carolyn Goodwin. The defendants' has or has access to plaintiffs negotiable instruments. Plaintiff has made numerous requests for the defendants to forward plaintiffs property to his current address to no avail. The defendants' have acknowledged by the included documents that they are in possession of plaintiffs personal property. Plaintiff has not negotiated these instruments by proper indorsement, the instruments were constructive payments that were fully negotiated to plaintiff. The defendants have obtained the

Pleading Title: Breach of Contract Motion for Summary of Judgement    Page 2 of 4

DEC-04-2007 12:49                                                                                        P.05/17

Case Name: _____   Case #: _____

the instruments simply by them being returned to Sender. It is plaintiffs request that the Court order the defendants to forward these returned checks to plaintiffs current address as all returned checks still belongs to the plaintiff. Plaintiff is also requesting that the Court take into consideration that the plaintiff is incarcerated and allow plaintiff to present all arguments through trial by declaration. Plaintiff has included exhibits of proof that his negotiable instruments are now in the Defendants possession. Plaintiff also have included a tort claim filed by plaintiff for

Pleading Title: Breach of Contract    Page 2 of 4
Motion For Summary of Judgement

P.06/17

DEC-04-2007  12:50

Case Name: Breach of Contract    Case #: _____

the immediate possession of this personal property. This concludes this petition.

I Michael Cook hereby swear by the penalty of perjury that the forgoing is true and correct and can hereby testifie to this if called to do so.

Executed this 11th day of October 2007.

Signature x _____

Michael Cook

Pleading Title: Breach of Contract     Page 9 of 9

Motion for Summary of Judgement

DEC-04-2007  12:50                                            P.07/17

Case Name: _____ Case #: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Pleading Title: _____ Page ____ of ____

Name and address
of the Defendant

Vie Borba, Carolyn Goodwin
280 S First Street
Room 299
San Jose CA
95113

Descriptions of Exhibits

Exhibit #1
Is clear proof that defendant delevered the instruments to plantiff and the instruments were returned to ~~the~~ defendant.

Exhibit #2
Proves that plaintiff filed a tort claim in attempts to obtain his personal property.

Exhibit #3
Demonstrates defendants refusal to forward these returned unindorsed or negotiated instruments. ~~These constitutes exhibit discription~~

Exhibit #4
Defendants dismisal of plaintiffs appeal this demonstrates plaintiff has exhausted his administrative remedies. ~~Also, complete~~

DEC-04-2007 12:50                                                                    P.10/17

## Social Security Administration
## Supplemental Security Income
Notice of Reconsideration

                                              SOCIAL SECURITY
                                              280 S FIRST ST
                                              ROOM 244
                                              SAN JOSE, CA 95113
                                              Claim Number: ██████-3056
                                              July 27, 2007
                                              JUL

MICHAEL COOK
CSP SACRAMENTO
CDC T79529
PO BOX 290066
REPRESA CA 95671

                                                           Reconsideration Filed:
                                                           April 9, 2007

You filed an appeal on 04/09/07 regarding SSI returned checks when you were incarcerated.

We have carefully reviewed your file and all the facts we have, the following SSI checks were returned to SSA: 10/01, 11/01, 12/01, 02/02, 10/02 and 11/02. *[handwritten: These instruments were not indorsed or negotiated back to Defendant]*

However, there was an outstanding SSI overpayment in the amount of $3336.78 due to your incarceration for the following months: 10/00, 11/00, 04/02, 05/02 and 12/02. *[handwritten: This Check SSA has waived its right to recover, but has not forwarded this check to Plantiff]*

We have decided to waive the outstanding overpayment of $3336.78 and you do not have to pay it back.

### If You Disagree With The Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and look at any new facts you have before deciding your case.

- You have 60 days to ask for a hearing. *[handwritten: Plantiff made a timely request for a hearing in compliance with this notice, then was denied this right.]*

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period. *[handwritten: Please see exhibit #39]*

                                              See Next Page

- You must have a good reason if you wait more than 60 days to ask for a hearing.

- You have to ask for a hearing in writing. We will ask you to sign a form HA-501-U5, called "Request for Hearing." Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**How The Hearing Process Works**

The ALJ will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decision in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

**It Is Important To Go To The Hearing**

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

**If You Want Help With Your Hearing**

You can have a friend, representative or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There also are representatives who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

DEC-04-2007  12:50                                                                      P.12/17
▓▓▓▓-3056

**If You Have Any Questions**

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. You will find the law and regulations about SSI eligibility and SSI payment amounts at www.socialsecurity.gov/SSIrules/.

For general questions about SSI or specific questions about your case, you may call us toll-free at 1-800-772-1213 or call your local Social Security office at (408) 292-8900. If you call or visit our office, please bring this letter with you and ask for SSI Claims Rep..

If you plan to visit an office you may call ahead to make an appointment. This will help us serve you more quickly.


*Carolyn Goodwin*

Carolyn Goodwin
Field Office Manager



# SOCIAL SECURITY
Office of the General Counsel
Office of General Law

MAR 1 2007

CERTIFIED MAIL—
RETURN RECEIPT REQUESTED

Mr. Michael Cook
CSATF/SP
P.O. Box 5246
Corcoran, California 93212

Re: Administrative Tort Claim of Michael Cook
SSA Case No. 554731

Date of Incident:    Unknown
Date Claim Filed:    02/26/2007
Amount of Claim:     $ 6,294.10

Dear Mr. Cook:

This office has reviewed your claim filed under the Federal Tort Claims Act, received February 26, 2007, for damages that resulted from your nonreceipt of SSI payments and notice of overpayment.

Your claim is denied because it is precluded by section 205(h) of the Social Security Act, which provides that "no action against the United States, the Commissioner of Social Security or any other officer or employee thereof shall be brought under section 1331 or 1346 of Title 28, United States Code, to recover on any claim arising under" the Social Security Act.

You may appeal this determination by filing suit in the appropriate United States District Court within six months of the date of this letter.

Sincerely,

Marlene W. Heiser
Attorney
Division of Contracts and Claims

SSA • OGC • Office of General Law • P.O. Box 26430, Suite 56, Baltimore, MD 21207

DEC-04-2007  12:50                                                                 P.14/17

# Social Security Administration
# Supplemental Security Income

SOCIAL SECURITY
2500 FONTAINE RD
SAN JOSE, CA 85121
Claim Number: ████-3056
September 12, 2007
3LH

MICHAEL COOK
CSP SACRAMENTO
CDC T79529
PO BOX 290066
REPRESA CA 95671-0066

Dear MICHAEL COOK

YOUR REQUEST FOR RECONSIDERATION REGARDING GIVING YOU YOUR RETURNED SSI CHECKS IS NOT AN APPEALABLE ISSUE. YOU WERE NOT DUE THOSE CHECKS DUE TO INCARCERATION SO THEY WERE RETURNED TO TREASURY.

YOUR SSI RECORD HAS BEEN TERMINATED DUE TO MORE THAN 12 MONTHS OF INELIGIBILITY. YOUR SSI RECORD SHOWS NO OVERPAYMENTS. WHEN YOU ARE RELEASED FROM JAIL YOU MAY FILE A NEW CLAIM THAT HAS NO OVERPAYMENT BALANCE TO CARRY FORWARD.

*Vic Borba*
Vic Borba
Field Office Manager

*[Handwritten annotations in margins:]*
- Defendant clearly denies plaintiff his security interest and property interest in the instruments. L.C. plaintiff
- Defendant acknowledges exhibit #1 but may refused to comply with the forwarding of that illegitimate instrument.
- All your issues were discussed in this lett[er]

DEC-04-2007 12:50     P.15/17

## Social Security Administration
## Supplemental Security Income
Notice of Reconsideration

SOCIAL SECURITY
280 S FIRST ST
ROOM 244
SAN JOSE, CA 95113
Claim Number: ▓▓▓▓-8056
July 27, 2007
JUL

MICHAEL COOK
CSP SACRAMENTO
CDC T79529
PO BOX 290066
REPRESA CA 95671

Reconsideration Filed:
April 9, 2007

You filed an appeal on 04/09/07 regarding SSI returned checks when you were incarcerated.

We have carefully reviewed your file and all the facts we have, the following SSI checks were returned to SSA: 10/01, 11/01, 12/01, 02/02, 10/02 and 11/02. *You were not due any of the above cks due to incarceration — Credited back to treasury*

However, there was an outstanding SSI overpayment in the amount of $3336.78 due to your incarceration for the following months: 10/00, 11/00, 01/02, 05/02 and 12/02.

We have decided to waive the outstanding overpayment of $3336.78 and you do not have to pay it back.

*appeal dismissed — no longer issue since OP already waived — Zero Overpayment balance*

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and look at any new facts you have before deciding your case.

*Thus Defendant clearly denies plaintiff his absolute right to a hearing — MC plaintiff*

- You have 60 days to ask for a hearing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

*please see reverse side →*

See Next Page

Proof of Service by Mail

I Michael Cook certify that the following documents, pleading form, fee waiver, civil cover sheet Summons, proof of Summons have been mailed to the following address

Superior Court of California
County of ~~San~~ Santa Clara
191 N. First Street
San Jose CA 95113

Executed this 11th day of October 2007

Signture: _____

Michael Cook
Plaintiff in Pro Se

TOTAL P.015

DEC-04-2007 12:51                                                                                         P.17/17



Michael Cook F79509
CSP Sacramento
P.O. Box 290066
Represa, CA 95671
(Confidential Legal Mail)
(legal documents inside)

Sierra Security Administrators
280 S. First Street
Room 249
San Jose, CA 95113