1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Boulevard, Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5044
6  Facsimile:  (408) 535-5081

7  Attorneys for Federal Defendants
   Vic Borba, and Carolyn Goodwin
8

**FILED**

2007 DEC 10 P 2: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11          SAN FRANCISCO DIVISION

12 MICHAEL COOK,                      )
13           Plaintiff,                ) Case No. C07-06232 HRL
14    v.                               )
                                       ) **CERTIFICATION PURSUANT TO**
15 VIC BORBA, AND CAROLYN GOODWIN,     ) **28 U.S.C. § 2679(d)**
                                       )
16           Defendants.               )
17 _____ )

18      I, Joann M. Swanson, hereby certify as follows:

19      1.    I am the Chief of the Civil Division of the United States Attorney's Office for the
20 Northern District of California. Pursuant to written delegation from Scott N. Schools, the duly
21 appointed United States Attorney for the Northern District of California, I have been authorized to
22 exercise on behalf of the United States Attorney the authority vested in him by the Attorney General,
23 pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that federal employees named as
24 defendants in a civil action were acting within the course and scope of their employment with reference
25 to the matters alleged in the suit.
26 //
27 //
28
Certification Pursuant to
28 U.S.C. § 2679(d) - Borba, and Goodwin

1

2. I have reviewed the complaint in the above-captioned action. On the basis of that complaint and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue fo the authority vested in me as set forth above, I hereby certify that Vic Borba, and Carolyn Goodwin were acting within the course and scope of their employment as employees with the Social Security Administration.

Dated: December 10, 2007       By:  _____
                                    JOANN M. SWANSON
                                    Assistant United States Attorney

Certification Pursuant to
28 U.S.C. § 2679(d) - Borba, and Goodwin

2