```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  JAMES A. SCHARF (CSBN 152171)
    Assistant United States Attorney
 4
       150 Almaden Boulevard, Suite 900
 5     San Jose, CA 95113
       Telephone: (498) 535-5044
 6     Facsimile: (408) 535-5081
 7  Attorneys for Federal Defendants
    Vic Borba, and Carolyn Goodwin
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHAEL COOK, | ) No. C 07 06232 HRL |
|---|---|
| Plaintiff, | ) NOTICE OF RELATED CASES; |
| | ) ADMINISTRATIVE MOTION TO |
| v. | ) TRANSFER CASE TO MAGISTRATE |
| | ) JUDGE SEEBORG; DECLARATION OF |
| VIC BORBA AND CAROLYN | ) JAMES A. SCHARF; AND CONSENT TO |
| GOODWIN, | ) PROCEED BEFORE MAGISTRATE |
| | ) JUDGE |
| Defendants. | ) |

TO THE CLERK OF THE COURT AND TO THE PLAINTIFF HEREIN:

PLEASE TAKE NOTICE that the above-captioned matter is related to Michael Cook v. Jacob Perez, Northern District of California Case Number C 07 06068 RS, which was removed on November 30, 2007. In addition, both of those cases are related to Michael Cook v. United States of America, Northern District of California Case Number C 06 05950 RS, which was dismissed without leave to amend by Order dated June 13, 2007, and which is now on appeal to the Ninth Circuit.

Like the subject case, Case Numbers C 07 06068 RS and C 06 05950 RS involve plaintiff's allegation that he is entitled to Social Security Administration benefit checks that were

NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE
TO MAGISTRATE JUDGE SEEBORG
C 07 06232 HRL

returned as undeliverable and uncashed.  Defendants contend in each of these cases that plaintiff failed to exhaust his administrative remedies and that plaintiff is not entitled to these checks as a matter of law due to his incarceration.  Thus, each of these cases involves the same plaintiff and governmental agency, the same claim, the same witnesses, the same documents, and the same questions of law.

Assignment of both of the pending cases to a single Judge is appropriate.  As noted, all three actions concern substantially the same parties, property, transaction or event and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.  Thus, the cases are related as defined by Local Rule 3-12(a).

Magistrate Judge Seeborg is familiar with the subject matter of these cases, having issued numerous Orders in Case Number C 06 05950 RS, including Orders dated June 13, 2007, August 17, 2007, and October 10, 2007, in which he granted defendant's motion to dismiss without leave to amend and denied plaintiff's subsequent rmotions and requests.

Magistrate Judge Seeborg was assigned Case Number C 07-06068 RS, in which defendant filed a motion to dismiss to be heard on January 23, 2007.  Defendants intend to promptly file a motion to dismiss in the subject case on the same grounds, and it would be appropriate for Magistrate Judge Seeborg to adjudicate both of these motions to avoid the possibility of conflicting results.

For all these reasons, defendants request that Cases C 07 06068 RS, C 06 05950 RS and C 07 06232 HRL be deemed related and that the subject case be transferred to Magistrate Judge Seeborg.[1]

---

[1] Defendant hereby consents to proceed before a Magistrate Judge.

NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE TO MAGISTRATE JUDGE SEEBORG
C 07 06232 HRL

2

| | |
|---|---|
| DATED: December 14, 2004 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | _____/S/_____<br>JAMES A. SCHARF<br>Assistant United States Attorney |

<u>DECLARATION OF JAMES A. SCHARF IN SUPPORT OF NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO TRANSFER CASE</u>

I, James A. Scharf, declare as follows:

I am an Assistant United States Attorney and am counsel for defendants in each of the above-described cases filed by Mr. Cook.

I declare under penalty of perjury under the laws of the United States of America that the facts describing those cases as set forth above are true and correct, based on my personal knowledge and/or review of those files.

Executed on December 14, 2007, at San Jose, California.

_____/S/_____
James A. Scharf

NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE
TO MAGISTRATE JUDGE SEEBORG
C 07 06232 HRL

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO TRANSFER CASE TO MAGISTRATE JUDGE SEEBORG; DECLARATION OF JAMES A. SCHARF; AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

**MICHAEL COOK v. UNITED STATES OF AMERICA**
**NO: C 07-06232 HRL**

to be served this date upon the party(ies) as follows:

√ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Michael Cook**
**California State Prison**
**P.O. Box 290066**
**Represa, CA 95676**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14$^h$ day of December, 2007, at San Francisco, California.

/s/
_____
Mimi Lam
Legal Assistant