THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAVE BEEN MAILED TO:

Michael Charles Cook

T-79529

CSP-New Folsom

P.O. Box 290066

Represa, CA 95671-0066

Dated: December 20, 2007                                  Richard W. Wieking, Clerk

                                                               By:___/s/_____

                                                                  Martha Parker Brown,

                                                                    Courtroom Deputy