No C07-06068 RS
No C07-06232 RS

Time ??? ???
??? courtroom 4, 5th Flr
Judge Richard Seeborg

Filed
JAN 04 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In the United States District Court for the Northern District of California

Motion for Summary Judgment, Motion opposing Motion to Dismiss

1. Plaintiff brings this Motion before the Court, expressing that he is entitled to all returned checks stated in notice of Reconsideration, dated 7-27-07. As Plaintiff is entitled to these checks pending completion of reconsideration. Thomas v. Weinberger 389 F. Supp. 540 S.D.N.Y. 1974. Also in accordance with Social Security Act, 204(b), 42 U.S.C.A. 404(b) Social Security regulations, 404.506 et seq., 42 U.S.C.A. App. Due process of law, Constitutional law 278.7(3).

2. Defendant is at the time in possession of six specific checks that were returned unnegotiated or indorsed. Plaintiff now request that the Court order the Defendant to comply with SSA regulations, and forward these checks to the current address that Plaintiff

resides. This concludes this Motion.

Respectfully Submitted by

Michael Cook plaintiff in Pro Se

I Michael Cook hereby swear that the forgoing is true and correct and can hereby testifie to this if called opon to do so. Executed this 28th day of December 2007.

Michael Cook
plaintiff in Pro Se.