United States District Court Northern District of California

Time: N/A
Location: Court RM 4, 5th Flr
Judge Richard Seeborg
CASE NO C07-06SRS
C07-06232RS
(Consolidated)

Motion for Shortining of time and Date to her Motions

**Filed**
JAN 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NC

1. Plaintiff brings this Motion before the Court requesting a Shortining of time to hear the Motions filed Summary of Judgement, and Motion to Dismiss, and opposing Motion to Dismiss. Plaintiff is request January 10th 2008 or any Date hear in accordance with the Courts Schedule.

I Michael Cook hearby swear by the penalty of perjury that the forgoing is true and correct, and can hearby testifie to this if called apone to do so.

Executed this 28th day of December 2007.

Michael Cook