UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL COOK,

    Plaintiff(s),

v.

VIC BORBA, et al.,

    Defendant(s).

No. C 07-06232 RS

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1-11-08

Signature

Counsel for defendant
(Name of Party or indicate "Pro Se")