Date 3-10-08

Dear Judge Seeborg

I am including with this Motion, a No expressing your consideration in acknowledging that for myself (the plaintiff) to have to file a new action would be a detrement. I am requesting that you acknowledge Judge Seeborg, that this situation occured in regards to the initial filing, in which the defendat agreed to acknowledge my (plaintiff) Administrative rights pertaining to overpayments, also the accountability for returned benefit checks, unnegotiated or indorsed back to SSA. The defendat then disregarded the agreement and dissmised the appeal. I then filed a new action and it was once again agreed apone that a Statutory hearing would persue (please see Exhibit # 1, 2#) Now the defendat is once again reniging on its agreement. These Actions demonstrate clear Mockery of the Court. For me to have to file a new action would not be in the betterment or the Act of Justice, and would demonstrate a total misscariage. I am now requesting your Honor that you grant my Motion, or reinact Case No C-0750 RS. In closing i would like to say that you

For The Courts time, I pray this Sincerely

Plaintiff in Pro See

Michael Cook