7.6232

CERTIFICATE OF SERVICES BY MAIL

*Filed* *MAR 17 2008* *RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

I, the undersigned, hereby declare and state that I am over the age of eighteen (18) years old and I (am) (am not) a party to the within cause of action that on this 10, day of March, 2008, I placed the below named legal documents in the United States Mail:

Motion for Reconsideration of Judgment Rendered in the Matter of Cook v USA C07-06232RS included with 3 Exhibits, Marked Exhibit 1, 2, 3

for which are addressed to the below named parties/persons:

1. James A Scharf
United States Assistant
Attorney 150
Almaden Blvd
Ste 900
San Jose CA
95113

2. Chambers of
Magistrate Judge
Richard Seeborg,
280 South First
Street Room 2112
San Jose CA
95713

3.

4.

I, hereby declare under the penalty of perjury of the laws of the State of California, and the United States, that the above certificate of service is true and correct to the best of my knowledge and recollection.

_____
DECLARANT